UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIM STROTHER                                          CIVIL ACTION

VERSUS                                                NO. 03-0204

CITY OF NEW ORLEANS                                   SECTION T

<u>JUDGE G. THOMAS PORTEOUS JR. PRESIDING</u>

COURTROOM DEPUTY:  RICHARD WINDHORST
COURT REPORTER:    KAREN ANDERSON IBOS
APRIL 7, 2004 AT  10:00 AM

APPEARANCES:   REGINALD LAURENT FOR PLAINTIFF.
               FRANZ ZIBLICH AND JAMES MULLALY FOR DEFENDANT.

DEFT.S MOTION FOR SUMMARY JUDGMENT. (DOC.39)
ORDERED:  **SUBMITTED.**



DATE OF ENTRY
APR - 9 2004

__FEE_____
__PROCESS_____
__CHARGE_____
__INDEX_____
__ORDER_____
__HEARING_____
DOCUMENT NO. 63