UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIM STROTHER                                   CIVIL ACTION

VERSUS                                         NO. 03-0204

THE CITY OF NEW ORLEANS                        SECTION T

<u>JUDGE G. THOMAS PORTEOUS JR. PRESIDING</u>

COURTROOM DEPUTY: RICHARD WINDHORST
COURT REPORTER:   KAREN ANDERSON IBOS
JUNE 2, 2004 AT 8:30 AM

APPEARANCES:   REGINALD LAURENT AND VERNON THOMAS FOR KIM
               PLAINTIFF
               FRANZ ZIBILICH AND JAMES MULLALY FOR THE
DEFENDANT   CIVIL JURY TRIAL.
PLT. WITNESSES: DR. JAMES TRAYLOR, JR.; BRIDGET HENO; JEMES
ANDERSON; KIM STROTHER; ROBERT MACKLIN; JAMES WILLEM.
COURT STANDS AT RECESS TO RESUME AT 9:00 AM ON JUNE 3, 2004.

DATE OF ENTRY
JUN - 9 2004

__FEE_____
__PROCESS_____
__CHARGE_____
__INDEX_____
__ORDER_____
__HEARING_____
DOCUMENT NO.___